UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RENO CONTRACTING INC.,
a California corporation,

                Plaintiff,

vs.

MOUNTAIN HEALTH & COMMUNITY SERVICES, INC., a California corporation; UNITED STATES DEPARTMENT OF AGRICULTURE, a public entity; and DOES 1 through 10 inclusive,

                Defendants.

37-2017-00049052-CU-BC-CTL

Case No.: 18cv00238 BTM KSC

**ORDER RE: JOINT MOTION TO DISMISS RENO CONTRACTING, INC.'S COMPLAINT AGAINST UNITED STATES DEPARTMENT OF AGRICULTURE AND TO REMAND REMAINING CAUSES OF ACTION TO STATE COURT**

On February 8, 2018, Reno Contracting, Inc. ("Plaintiff"), and the United States of America ("Defendant"), filed a joint motion for an order dismissing Plaintiff's Complaint against the United States Department of Agriculture ("USDA") and remanding the remainder of Plaintiff's Complaint to state court. Good cause appearing, the Court hereby GRANTS the parties' joint motion. Accordingly, it is hereby ORDERED that:

1. Plaintiff's fifth cause of action for "Enforcement of Stop Payment Notice Foreclosure" against the USDA is dismissed with prejudice, with each side to bear its own attorney fees and costs;

2. Defendant's ex-parte motion for an extension of time to file a response is denied as moot; and

3. The remainder of Plaintiff's Complaint is remanded to the Superior Court of California, County of San Diego.

DATED: February 12, 2018

Hon. Barry Ted Moskowitz
United States District Judge